UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 1:21-cr-296 |
| | : |
| JEFFERY GRACE | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby requests the Court to enter the appearance of Taryn Meeks, Trial Attorney, National Security Division, United States Department of Justice, as counsel for the United States of America, in the above-referenced case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: ___/s/ Taryn Meeks___
TARYN MEEKS
IL Bar No. 6298100
Trial Attorney, National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 598-0417
Taryn.meeks@usdoj.gov

Dated: August 11, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, a copy of the foregoing Notice of Appearance was sent via the Court's ECF system to counsel for the defendants.

/s/ *Taryn Meeks*
Taryn Meeks
Trial Attorney, National Security Division
U.S. Department of Justice