UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>JEFFREY GRACE,<br><br>         *Defendant*. | Criminal Action No. 21-296 (RDM) |

### ORDER

Upon consideration of the government's motion to modify the conditions of Defendant's pretrial release, Dkt. 19, it is hereby **ORDERED** that the motion is **GRANTED**.  It is further **ORDERED** that, as a condition of his pretrial release, Defendant is prohibited from possessing any firearms, weapons, or destructive devices.  In light of the fact that the Court has entered this order on an expedited basis, Defendant may seek relief from this condition upon a showing that the condition is unnecessary to protect community safety.

   **SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  August 12, 2021