UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-cr-296** |
| : | |
| **JEFFREY GRACE,** : | |
|    **Defendant.** : | |

### JOINT STATUS REPORT AND CONSENT MOTION TO CONTINUE AND TOLL SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Joint Status Report and Consent Motion to File Another Joint Status Report with the Court and/or Hold a Status Conference on February 17, 2022, and to Toll Speedy Trial Act from January 20, 2022, until February 17, 2022.  The Government and the defendant agree that there is good cause to toll the Speedy Trail Act and exclude time from January 20, 2022, until February 17, 2022.  Defendant concurs in this request and agrees that it is in his best interest.  Defendant has reviewed this motion and agrees to the February 17, 2022.  In support thereof, the government states as follows:

1. The government and counsel for the defendant have conferred and are communicating in an effort to resolve this matter.  The parties believe that they might reach a resolution within the next 30 days.

2. The government has provided voluminous discovery to defense counsel and anticipates producing additional discovery in the coming weeks.  This includes cell phone extractions, full search warrant returns for cell site location information, various videos, CCTV, and other discovery.  The government intends to produce additional discovery in the coming days.  The defense is continuing to review the discovery.

1

3. The parties agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial release.

4. The parties jointly ask that they be allowed to file another joint status report with the Court and/or hold a status conference on or before February 17, 2022, to update the Court further on the status of this matter.

5. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end.  The parties agree that pursuant to 18 U.S.C. § 3161, the time from November 18, 2021, through January 20, 2022, shall be excluded in computing the date for speedy trial in this case.

Dated:  January 19, 2022

            Respectfully submitted,

            MATTHEW M. GRAVES
            UNITED STATES ATTORNEY

By:   /s/    Mona Sedky
       Mona Sedky
       Special Assistant United States Attorney
       D.C. Bar. Bar 447968
       555 4th Street, N.W., Rm. 4842
       Washington, D.C. 20530
       (202) 262-7122; Mona.Sedky2@usdoj.gov

       /s/    David Bos
       David Bos
       Assistant Federal Public Defender, District of Columbia

202-208-7528; David_Bos@fd.org