UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| v. | ) | Case No. 21-CR- 296 (RDM) |
| | ) | |
| JEFFREY GRACE, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, Jeffrey Grace, through undersigned counsel, and after consultation with the Government, through Assistant United States Attorney Mona Sedky, submits the following Joint Status Report in response to the Court's March 16, 2022, Minute Order:

The parties are finalizing a pre-trial resolution of this matter and expect to have all the necessary paperwork executed and forwarded to the Court for review in the next 30 days. The parties therefore request that the Court set a plea date in this case on a date after May 27, 2022.

If the Court grants the parties' request, the parties agree to exclude time under the Speedy Trial Act from April 28, 2022, until a date after May, 27, 2022, and ask the Court to find that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendant in a speedy trial, as the additional time will allow the parties to complete their discussions concerning a pre-trial resolution of this matter.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/ David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550

Washington, D.C. 20004
(202) 208-7500, ext. 118