IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JEFFREY GRACE )<br>    **Defendant.** )<br>_____ ) | Case No.   21-CR-296 (RDM) |

## UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Jeffrey Grace, through undersigned counsel, respectfully requests that the June 17, 2022, Plea Hearing in this case be continued until a date after July 5, 2022. In support of this request, the Defendant states:

1. The Defendant's Plea Hearing is presently scheduled for June 17, 2022.

2. Undersigned counsel for the Defendant will be leaving the Office of Federal Defender on June 13, 2022. The Defendant's case, therefore, is presently in the process of being re-assigned to another attorney in the office. To assure that new counsel has sufficient time to prepare for the plea hearing in this case, undersigned counsel requests that presently scheduled plea hearing be continued approximately two weeks.

3. The Government, per Department of Justice Attorney Detailee Mona Sedky, does not oppose this request.

4. The Defendant further requests, based on the reasons stated above, that the time period from June 17, 2022, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

5. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

        Respectfully submitted,
        A.J. Kramer
        Federal Public Defender

            /s/
        _____
        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.   20004
        (202) 208-7500, ext. 118