UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JEFFREY GRACE, )<br>)<br>Defendant. )<br>) | Crim. No. 21-CR-296 (RDM) |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Plea Hearing submitted by the Defendant, it is hereby

**ORDERED** that the June 17, 2022, Plea Hearing in this case is continued until July, _____, 2022; it is,

**FURTHER ORDERED**, the time period from June 17, 2022, until July _____, 2022, is excluded under the Speedy Trial Act, based on the representations in the Defendant's Unopposed Motion to Continue Status Hearing filed on June 8, 2022.

**SO ORDERED.**

_____
RANDALL D. MOSS
UNITED STATES DISCTRICT JUDGE

_____
DATE