IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 21-cr-296 (RDM) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(1) |
| v. | : | |
| JEFFREY GRACE, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jeffrey Grace, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.  On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

1

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.88 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Grace's Participation in the January 6, 2021, Capitol Riot*

8. On January 4, Jeffrey Grace and his son Jeremy Grace traveled by airplane from Battle Ground, Washington, to Washington, D.C. to attend the rally for President Donald Trump on January 6.

9. At or about the time the rally ended on January 6, Grace and his son walked with others toward the U.S. Capitol Building. On the grounds outside the U.S. Capitol Building, Grace and his son were behind the front line of individuals who were confronting barricades, and

law enforcement officers standing near those barricades, as the barricades were being knocked over.

10. At approximately 2:23 p.m., Grace and his son entered the U.S. Capitol Building from a north west side entrance via a Senate wing door.  They were among the first wave of individuals to enter the building.  Once inside, they walked together to the Rotunda.  They entered the Rotunda at approximately 2:25 p.m. from the north entrance and remained inside the Rotunda for approximately five minutes.   As they exited the Rotunda at approximately 2:30 p.m., Grace picked up a stanchion and velvet rope that had been knocked over.  In order to exit, Grace and his son climbed out a broken window, adjacent to the door through which they initially entered.  At approximately 2:31p.m., they exited the U.S. Capitol Building.

11. Both inside and outside the U.S. Capitol Building, Grace's son recorded several selfie-style videos.  He later sent these videos to Grace.  Both Grace and his son then deleted the videos on or before January 8, 2021.   In one, taken at approximately 2:18 p.m., Grace's son recorded a video that depicted Grace and his son outside the U.S. Capitol Building, while both repeatedly chanted, "Our house."   In another, taken at approximately 2:25 p.m., Grace's son recorded a video that depicted Grace and his son inside the Rotunda.  In it Grace's son stated, "Just made it into the Capitol here. Oh yeah, oh yeah."  Grace stated, "It gets no better than this." Grace's son then stated, "Freedom."  Grace replied, "God bless America."

12. Grace did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Mona Sedky*
        Mona Sedky
        Special Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I, Jeffrey Grace , have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/31/2023

/s/ Jeffrey Grace

Jeffrey Grace
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/31/2023

/s/ J. Stephen Roberts, Jr.

J. Stephen Roberts, Jr.
Attorney for Defendant

I certify I have reviewed this document with Mr. Grace and he consented to my signature electronically on his behalf.

Printed Attorney Name: J. Stephen Roberts Jr.
Attorney Signature: /s/ J. Stephen Roberts, Jr.
Date: March 31, 2023