Dear Judge Moss,


I am Jeffery Grace's daughter Morgan McIlroy (maiden name Grace) . I am a mother to two young girls (S███ age-8 and M███ age- 6) and work as an on call IV Pharmacy Technician for Home Infusion Pharmacy. I have be married for just over 10 years to Robert McIlroy and we have two children together. I have known Jeffery Grace my whole life, 33 years. Jeffery is a father to me a father-in-law to my husband and a Grandfather to our two children. Jeffery has always been and is such an exceptional/amazing dad and also a very best friend to me. If there is ever someone I could/can count on he is one of them. As a young girl and daughter I have always looked up to him as an amazing example of how to care and provide for a family and parent with love, how to work hard, be responsible and honest,show respect, have strong faith, keep an open mind and willingness to learn, show love and kindness to others, help if your able and many other life skills. I have always been proud of my dads service to our country and I admire his pride and love for the USA. Jeffery has over the years not only shown me the image of an excellent father and friend but also what is means to be a caring grandpa to my children. They love him so much. We have been blessed with making some of our favorite memories with him and looking forward to many more. There have been lots of life situations have come up that my dad has been someone that I have always been able to count on to help me and my family with a loving a kind heart. There to help no questions asked. In good time/success he is right there cheering us on.  His kindness extends to all as he enjoys helping feed homeless, giving jackets to those in need in the winter or whatever he can do to help anyone in need or brighten a day. As a young girl and now as a woman I have seen so many examples of this. With what has happened I realize that my dear dad/friend and grandfather to my girls is facing some serious consequences. I am asking and praying that my message is taken into consideration while your decision on his sentencing is made as my dad is a very important part of my family and also our community. I very much appreciate your time.


Respectfully,

Morgan McIlroy


**Exhibit A - 13**

Dear Judge Moss,

I am Robert McIlroy and I am Jeffery Grace's son in law. I am married to his daughter Morgan McIlroy. We got married April 13, 2013 and have since had two children together. We have a 6 year old daughter and an 8 year old daughter. I am a journeyman pipe fitter for Patriot Fire Protection. Although I am technically Jeffery's son in law I have always been considered a son to him and he a dad to me. He has been a steady father figure and friend to me and someone who has supported and helped me a-lot through the years. He welcomed me into the family with open arms. I have known him since 2007 when me and his daughter Morgan began dating and he is someone I have always looked up to and a great example of a truly good person. He goes above and beyond to be kind to everyone and is the first person there if anything is needed. He has shown me the traits of a great dad that I try to carry to my kids. He is helpful, kind, encouraging, welcoming, compassionate, fun, honest, hardworking, trustworthy and much more. Everyone I know loves him and knows what a good man he is. He brings a lot of joy to a lot of people. My kids love him and he is always doing things for or with them and shows them daily how much he loves being a grandpa to them. I have seen how much he likes to help struggling, less fortunate people with his time and his own money many, many times. I am hopeful that sharing my knowledge of who Jeffrey Grace to me is helpful during this time of sentencing. He is a really important part of our lives, the community and many others. Thank you for taking the time to read this.


Respectfully,

Robert Matthew McIlroy


**Exhibit A - 14**

Dear Judge Moss,

Jeffery Grace is my slightly older brother and often times my most trustworthy confidant.  For starters, I appreciate you taking the time to read this and hopefully consider it when you give Jeff his upcoming sentence.  Having watched Jeff my entire life I can tell you a few things about him with 100% certainty.  He has always done any and everything he believed in with passion and discipline.  Whether it be raising 6 children, taking care of a stay at home wife, caring for both of our parents full time at his home or giving to our Country.   Jeff has been self supporting his entire life.  He has served our Country in the Army, and raised 6 hard working, productive members of society, and continues to love, help and guide his many grandchildren.  He has 3 siblings in CA with 6 nieces/nephews here as well.  Never has Jeff not made the effort to stay in touch, give support and attend the many important events life presents.

Part 2:  Jeff has paid dearly for his participation in the Jan 6 Capital debacle.  He has accepted his accountability and is truly ready to move forward in a healthier and different direction.  I am humbly asking for him to gave that opportunity.  I can assure you that given the opportunity again Jeff  would have made a different choice.  Thank you again,


Andria Grace Haisley

**Exhibit A - 15**